1 Irving L. Berg, Esq. (Bar No. 36273)
2 THE BERG LAW GROUP
3 145 Town Center, PMB 493
  Corte Madera, California 94925
4 (415) 924-0742  FAX: (415) 891-8208
  Email: irvberg@comcast.net
5 Attorneys for Plaintiff MYRNA M. ABAD

6

7 TIMOTHY P. JOHNSON (BAR NO. 66333)
  LAW OFFICES OF TIMOTHY P. JOHNSON
8 17821 E. 17TH STREET, SUITE 290
  TUSTIN, CALIFORNIA 92780
9 TELEPHONE: (714) 832-1170
10 FACSIMILE: (714) 832-1179
   E-MAIL: tjohnson@johnson-chambers.com
11 Attorneys for Defendants BRONSON & MIGLIACCIO, LLP; H. BRUCE
12 BRONSON, JR., RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT

13
                    UNITED STATES DISTRICT COURT
14
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

| MYRNA M. ABAD, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>vs.<br><br>BRONSON & MIGLIACCIO, LLP; H. BRUCE BRONSON, JR., RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT, individuals,<br><br>　　Defendants. | Case No. CV 07-06497 CRB<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: March 7, 2008<br>Time: 8:30 a.m.<br>Courtroom: 8, 19th Floor<br>Location: 450 Golden Gate Avenue<br>　　　　　　San Francisco, CA<br>Judge: Charles R. Breyer<br>　　　　District Judge |
|---|---|

　　Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, counsel for plaintiff and counsel for defendants conferred to discuss the matters set forth in Rule 16, Rule 26(f), Local Rule 3-5, and the Court's Order dated November 26, 2007,

-1-
JOINT CASE MANAGEMENT CONF. STMT.　　　　　　　　　　　　Case No. CV 07-6497 CRB

Setting Initial Case Management Conference and ADR Deadlines. The parties hereby submit their Joint Case Management Statement:

1. **Jurisdiction And Service**

The Plaintiff contends that this Court's Jurisdiction is based on 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.

The party are not are of any issues regarding personal jurisdiction or venue.

At this time, Plaintiff is not aware of any additional parties to be served, but asks that the time for service remain open until the completion of discovery.

2. **Facts**

Plaintiff:

Plaintiff alleges that defendant violated the FDCPA and the CAFDCPA.

Plaintiff alleges that defendants BRONSON & MIGLIACCIO (B&M), a law firm and its employees, H. BRUCE BRONSON, RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT sent a collection letter to plaintiff in November 2007, without having any meaningful involvement in the decision to send the letter. In addition, plaintiff alleges that the sending of the letter was false deceptive and misleading by the implied threat that litigation would be brought against plaintiff even though defendant are not licensed to practice law in California and by using law office letter head to scare plaintiff into thinking that litigation would ensue if the debt was not paid in full.

Defendants:

Defendants allege that there was a meaningful review of the facts regarding plaintiff's debt prior to the initial contact with plaintiff. There was no threat of litigation made in the letter to plaintiff.

///

3.  **Legal Issues**

Plaintiff:

Plaintiff alleges defendants violated the FDCPA. Defendants' violations include, but are not limited to, violations of 15 U.S.C. §§1692c, 1692c(3), 1692e(10), and 1692f, as evidenced by the following conduct:

    A.   engaging in conduct that was false, deceptive, and misleading, by representing that the collection letter was sent by attorneys when no attorney had any meaningful involvement in the decision to send the letter;

    B.   engaging in conduct that was false, deceptive, and misleading, by the implied threat that litigation would be brought against plaintiff, though none of the defendants are licensed to practice law in California.

    C.   engaging in unlawful and unconscionable conduct in using law office letterhead to scare the plaintiff into thinking that, if the debt was not paid in full, litigation would ensure.

Defendants:

Defendants deny plaintiff's claims. Defendants maintain reasonable procedures regarding its acceptance of and collection activities for new accounts.

4.  **Motions**

Plaintiff:

Plaintiff will file a motion for class certification within 120 days, or 60 days after response to plaintiff's discovery served on February 16, 2008.

Defendants:

Each of the defendants anticipates that each will file a motion for summary judgment or partial adjudication.

5.  **Amendment of Pleadings**

The parties do not intend to amend the currently filed pleadings.

**6. Evidence Preservation**

Plaintiff:

Plaintiff will preserve relevant evidence, including electronically filed documents.

Defendants:

Defendants are aware of their responsibility under the Federal Rules to preserve evidence relevant to the issues reasonably evidence in this action, and are not aware of any document- or data- destruction program that would prevent them from fulfilling their responsibilities.

**7. Disclosures**

Plaintiff has made her Rule 26 initial disclosures. Defendants will timely make their Rule 26 initial disclosures.

**8. Discovery**

The parties do not require any limitations on discovery. The parties will meet and confer regarding the terms of a Proposed Stipulated Protective Order if necessary.

Plaintiff:

Plaintiff propounded her First Set of Discovery to defendants on February 16, 2008.

Defendants:

Defendants will take the deposition of plaintiff, and of any other persons revealed by discovery to have personal knowledge of the matters in dispute.

**9. Class Actions**

Plaintiff alleges a class consisting of (i) all persons with mailing addresses in the State of California (ii) to whom collection letters in the form represented by Exhibit A (iii) were sent by B&M and the Individual Defendants in an

attempt to collect a debt arising out of a transaction in which the goods or services subject of the transaction were primarily used for personal, family, or household purposes (iv) sent on or after a date one year prior to the filing of this action (v) which letters were not returned undelivered by the United States Postal Service.

Defendants allege that class certification is not appropriate and that there would be no significant benefit to the described class members due to the limited net worth of defendants BRONSON & MIGLIACCIO and SCOTT B. WHEAT.

### 10. Related Cases

None.

### 11. Relief

Plaintiff seeks relief as follows: Pursuant to 15 U.S.C. §1692k(a)(B), statutory damages against defendants B&M and the individual defendants of (a) 1,000.00 for the named plaintiff and (b) a sum not to exceed the lesser of $500,000.00 or 1 per centum of the net worth of each defendant for all other class members, and an additional equal amount as provided by Cal. Civ. Code §1788.17.

### 12. Settlement and ADR

The parties agree to mediation under ADR auspices.

### 13. Consent to Magistrate Judge For All Purposes

Plaintiff:

Plaintiff consents to have this matter heard by a magistrate judge for all purposes.

Defendants:

Defendants do not agree to have this matter transferred to a Magistrate Judge.

///

///

### 14. Other References

The parties agree that this case is not suitable for reference to binding arbitration, a special master or the Judicial Panel on Multidistrict Litigation.

### 15. Narrowing of Issues

The parties agree it is premature to attempt to narrow the issues.

### 16. Expedited Schedule

The parties see no need for streamlined procedures or an expedited schedule.

### 17. Scheduling

Plaintiff proposes that the discovery cut-off be September 1, 2008, that the date for designation of experts be August 1, 2008, that the date for hearing summary judgment motions be the week of July 1, 2008, and that the trial date be after November 1, 2008.

Defendants do not object to this schedule.

The parties request a trial date of January 2009, or such date as may be convenient to the Court.

### 18. Trial

Plaintiff requests a trial by jury. The parties estimate that this case will take approximately three (3) days for trial.

///
///
///
///
///
///
///

**19.   Disclosure of Non-Party Interested Entities or Persons**

The parties have no financial disclosures to make.

Dated:  February 29, 2008

                        **LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /S/  Timothy P. Johnson
    TIMOTHY P. JOHNSON
    Attorneys for Defendants BRONSON &
    MIGLIACCIO, LLP; H. BRUCE BRONSON,
    JR., RICHARD J. MIGLIACCIO, and SCOTT
    B. WHEAT

Dated:  February 29, 2008

                        **THE BERG LAW GROUP**

By: /S/  Irving L. Berg
    IRVING L. BERG
    Attorneys for Plaintiff MYRNA M. ABAD

Tpj:cww/abad/pleadings/002