**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 7, 2008**

**C-07-06497** CRB

**MYRNA M. ABAD  v.  BRONSON & MIGILIACCIO**

Attorneys:     Irving Berg                              Timothy Johnson

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO May 16, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____     Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: