1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRNA ABAD, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BRONSON & MIGLIACCIO, LLP; H. BRUCE BRONSON, JR., RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT, individuals,<br><br>　　　　Defendants.<br>_____/ | Case No.  C 07 6497 CRB<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:　　May 2, 2008<br>Time:　　10:00 a.m.<br>Place:　　450 Golden Gate Avenue<br>　　　　　San Francisco, CA<br>Dept:　　Courtroom 8, 19th Floor<br>Judge:　　Hon. Charles R. Breyer,<br>　　　　　District Court Judge |

TO:　DEFENDANTS BRONSON & MIGLIACCIO, LLP; H. BRUCE BRONSON, JR., RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT, individuals

　　PLEASE TAKE NOTICE that this case is set for a hearing on Plaintiff's Motion for Class Certification on May 2, 2008, at 10:00 a.m., before the Hon. Charles R. Breyer, District Court Judge, in Courtroom 8 of the United States District Court, Northern District of California, San Francisco Division, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:　3/11/08　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Irving L. Berg
　　　　　　　　　　　　　　　　　　　　　　　THE BERG LAW GROUP
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff