Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MYRNA ABAD, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>BRONSON & MIGLIACCIO, LLP; H. BRUCE BRONSON, JR., RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT, individuals,<br><br>        Defendants.<br>_____/ | Case No.  C 07 6497 CRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE CLASS [Rule 41(a)(1)(ii)]** |

IT IS HEREBY STIPULATED by and between plaintiff MYRNA ABAD ("Plaintiff") on the one hand, and Defendants BRONSON & MIGLIACCIO, LLP; H. BRUCE BRONSON, JR., RICHARD J. MIGLIACCIO, and SCOTT B. WHEAT, individuals (collectively, "Defendants"), on the other hand, through their respective counsel of record, that the parties have reached settlement in this action and that the action against Defendants, and each of them, shall be dismissed with prejudice, each party to bear its own costs and attorneys' fees. The putative class claims shall be dismissed without prejudice.

///

///

1  MYRNA ABAD

2

3  Dated: 4/23/08                           ___/s/_____
                                            by:  Irving L. Berg
4                                           THE BERG LAW GROUP
                                            Attorney for Plaintiff
5

6
                                            BRONSON & MIGLIACCIO, LLP; H. BRUCE
7                                           BRONSON, JR., RICHARD J. MIGLIACCIO, and
                                            SCOTT B. WHEAT, individuals
8

9
   Dated: 4/29/08                           _____/s/_____
10                                          by: Timothy P. Johnson
                                            LAW OFFICES OF TIMOTHY P. JOHNSON
11                                          Attorney for Defendant